

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00168-CR

| | | |
|---|---|---|
| TICO LOUIS BENAVIDES, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1649594D) |
| V. | § | October 27, 2022 |
| | § | Per Curiam Memorandum Opinion |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM